# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KENGARRICA WILLIAMS, ET AL.** | **CIVIL ACTION NO. 17-0811** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SENTRY INSURANCE A MUTUAL CO., ET AL.** | **MAG. JUDGE JOSEPH H L PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 40], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion to Remand [Doc. No. 22] is GRANTED IN PART, and this proceeding is REMANDED to the 4th Judicial District Court, Morehouse Parish, Louisiana, for further proceedings.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Remand [Doc. No. 22] is DENIED IN PART to the extent that Plaintiffs move for an award of attorneys' fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this Judgment and forward the certified copy to the Clerk of the 4th Judicial District Court, Morehouse Parish, Louisiana.

MONROE, LOUISIANA this 20th day of November, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE